IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DANNY LEON STEWART                                                              PLAINTIFF

v.                              Civil No. 06-5171

SHERIFF TIM HELDER;
DR. HOWARD; NURSE
RHONDA BRADLEY; and
NURSE SUSAN JOHNSON                                                          DEFENDANTS

## **O R D E R**

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **February 16, 2007**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 30th day of November 2006.

/s/ Beverly Stites Jones
UNITED STATES MAGISTRATE JUDGE