IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DANNY LEON STEWART                                                      PLAINTIFF

v.                          Civil No. 06-5171

SHERIFF TIM HELDER;
DR. HOWARD; NURSE
RHONDA BRADLEY; and
NURSE SUSAN JOHNSON                                                     DEFENDANT

**O R D E R**

Now on this 7th day of March, 2007, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #17, filed February 13, 2007), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's Complaint is hereby **dismissed.**

**IT IS SO ORDERED.**

                                                    /s/Jimm Larry Hendren
                                                    HON. JIMM LARRY HENDREN
                                                    UNITED STATES DISTRICT JUDGE